

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-14-00215-CV

## IN RE MANUEL LARA

---

## Original Proceeding

---

## MEMORANDUM  OPINION

---

The petition for writ of mandamus is denied, and the emergency motion for temporary relief is therefore dismissed as moot.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed July 29, 2014
[OT06]